UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Docket No. 05-10484-EFH

COMCAST OF SNE, INC.,              )
                                   )
        Plaintiff                  )
                                   )
v.                                 )
                                   )
MICHAEL WORSTER,                   )
                                   )
        Defendant                  )

**DEFENDANT'S ANSWER AND JURY DEMAND**

1.    Denied that plaintiff's acts caused plaintiff injury.

2.    Denied.

3.    Defendant has insufficient information either to admit or deny.

4.    Admitted as to defendant's name and address; otherwise denied.

5.    Legal assertion to which no answer is required.

6.    Legal assertion to which no answer is required.

7.    Defendant has insufficient information either to admit or deny.

8.    Defendant has insufficient information either to admit or deny.

9.    Defendant has insufficient information either to admit or deny.

10.   Defendant has insufficient information either to admit or deny.

11.   Defendant has insufficient information either to admit or deny.

12.   Defendant has insufficient information either to admit or deny.

13.   Denied.

14.   Defendant has insufficient information either to admit or deny.

15.   Denied.

16.    Denied.

17.    No answer required.

18.    Denied.

19.    Denied.

20.    Legal assertion to which no answer is required.

21.    Denied.

22.    Denied.

23.    Denied.

24.    No answer required.

25.    Denied.

26.    Denied.

27.    Denied.

## AFFIRMATIVE DEFENSES

1.    Plaintiff's claim is barred by the applicable statute of limitations.

2.    Plaintiff's claim is barred by the doctrine of laches.

3.    Plaintiff fails to state a claim upon which relief may be granted.

**DEFENDANT REQUESTS A TRIAL BY JURY ON ALL CLAIMS**

Defendant Michael Worster
By His Attorneys,

BEAUREGARD, BURKE & FRANCO

/s/ James Hodgson
PHILIP N. BEAUREGARD BBO#034780
JAMES HODGSON BBO#656231
32 William Street
P.O.Box 952
New Bedford, MA  02741-0952
e-mail: bbf.robeson@verizon.net
telephone: (508) 993-0333

Dated: