UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Comcast of Southern New England, Inc.** ) | Case No.: 1:05-cv-10484 EFH |
| ) | |
| Plaintiff, ) | **STIPULATION OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| vs. ) | |
| ) | |
| **Michael Worster** ) | |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

9/26/05
Date

Respectfully Submitted for the Plaintiff,
Comcast of Southern New England, Inc.
By Its Attorney,

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon LLP
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

1

                                    Respectfully Submitted for the Defendant,
Michael Worster
By his Attorney,

_____      */s/ Philip N. Beauregard*
Date                              Philip N. Beauregard
                                    Beauregard, Burke & Franco
                                    32 William Street, P.O. Box 952
                                    New Bedford, MA 02741-0952
                                    (508) 993-0333